IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,        No. 2:13-CR-34 KJM

  vs.

JERRY WAYNE BAKER,

        Movant.        <u>ORDER</u>

_____/

On November 1, 2013, movant filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. ECF No. 51.

On January 7, 2014, the court set movant's sentencing hearing for April 23, 2014. ECF No. 58.

As petitioner has not yet been sentenced, his motion to vacate that sentence is premature. *See Mendoza v. Wagner*, No. 1:12–cv–01186–JLT, 2012 WL 3236248, at *1-2 (D.D. Cal. Aug. 6, 2012).

IT IS THEREFORE ORDERED that:

1. The motion to vacate, ECF No. 51, is denied without prejudice; and

2. The Clerk of the Court is directed to close the companion case, 2:13-cv-2454 KJM.

DATED: January 21, 2014.

_____
UNITED STATES DISTRICT JUDGE